# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JETTA ELAINE ARBUCKLE,<br>        Appellant,<br>vs.<br>DAVID MICHAEL ARBUCKLE,<br>        Respondent. | No. 69018 |
| JETTA ELAINE ARBUCKLE,<br>        Appellant,<br>vs.<br>DAVID MICHAEL ARBUCKLE,<br>       Respondent. | No. 69032 |

**FILED**

MAR 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Rebecca L. Burton, District Judge
      Legal Aid Center of Southern Nevada, Inc.
      Lewis Roca Rothgerber Christie LLP/Las Vegas
      Webster & Associates
      Eighth District Court Clerk

---

[1]In light of this order, no action will be taken on the motions that remain pending in these appeals.